## CATHERINE O. DUNCAN *v.* MILL MANAGEMENT COMPANY OF GREENWICH, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 124 Conn. App. 415 (AC 31125), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court's admission into evidence of subsequent remedial measures requires reversal of the judgment and remand for a new trial?"

The Supreme Court docket number is SC 18722.

*Victoria de Toledo* and *Stewart M. Casper*, in support of the petition.

*Richard A. Roberts*, in opposition.

Decided December 8, 2010